# Exhibit C



119 E. Union Street, Suite B
Pasadena, CA  91103
+213.785.8070 Tel
+213.995.5010 Fax
www.kb-ip.com

Eric Bjorgum
+213.785.8072 direct
eric.bjorgum@kb-ip.com

VIA U.S. MAIL and email

October 21, 2020

El Nuevo Corral Nightclub
2531 S Main Street
Santa Ana, CA 92707
elcorraldesantana@gmail.com

Re:   Misuse of Agustin Ramirez's Image, Voice and the LOS CAMINANTES Mark

Dear Madam/Sir:

This firm represents the famous Mexican band leader Agustin Ramirez.  Mr. Ramirez is the principal singer and songwriter of the grupera band Los Caminantes, originally from San Francisco del Rincón, Guanajuato and now operating out of Southern California.  Under Mr. Ramirez's leadership, Los Caminantes recorded and released several *Billboard* charting albums of original material in the 1980's and 1990's.  Mr. Ramirez sang on several hits, including "Supe Perder," "Amor Sin Palabras," "Todo Me Gusta De Ti," "Tu Nuevo Cariñito" and "Dos Cartas y Una Flor."   They have been touring consistently throughout North America and Central America for over 35 years. Mr. Ramirez has been the face of Los Caminantes without interruption since the early 1980's.

Mr. Ramirez and his sons are the joint owners of the registration in the United States Trademark Registration No. 4,410,019 for LOS CAMINANTES in International Class 41 for "Entertainment in the nature of live performances by a musical group."  Mr. Ramirez's voice, songs and image are well known among fans of Latin American music.

It has come to our attention that you are advertising a band named "Los Caminantes HN" that is set to play this weekend at your venue.  In those advertisements, you are using Mr. Ramirez's image and recordings of his voice.  Here is a copy of the poster:

October 21, 2020
Page 2



Please immediately cease and desist from your use of Mr. Ramirez's voice and in image. In addition, we request that you do everything reasonably within your power to ensure that the public is not confused into believing that Mr. Ramirez or Los Caminantes will be performing at your venue. Please confirm by 5:00 p.m., Friday, October 23, 2020, to you have stopped using my client's voice, image and trademark in a confusing manner.

Please call me with any questions.

Yours truly,

A. Eric Bjorgum

...



119 E. Union Street, Suite B
Pasadena, CA  91103
+213.785.8070 Tel
+213.995.5010 Fax
www.kb-ip.com

Eric Bjorgum
+213.785.8072 direct
eric.bjorgum@kb-ip.com

VIA U.S. MAIL

January 10, 2021

Arandas The Woodlands #36
25598 Interstate 45 N.
Spring, TX 77386

Re:     Misuse of Agustin Ramirez's Image, Voice and the LOS CAMINANTES Mark

Dear Madam/Sir:

This firm represents the famous Mexican band leader Agustin Ramirez.  Mr. Ramirez is the principal singer and songwriter of the grupera band Los Caminantes, originally from San Francisco del Rincón, Guanajuato and now operating out of Southern California.  Under Mr. Ramirez's leadership, Los Caminantes recorded and released several *Billboard* charting albums of original material in the 1980's and 1990's.  Mr. Ramirez sang on several hits, including "Supe Perder," "Amor Sin Palabras," "Todo Me Gusta De Ti," "Tu Nuevo Cariñito" and "Dos Cartas y Una Flor."   They have been touring consistently throughout North America and Central America for over 25 years. Mr. Ramirez has been the face of Los Caminantes without interruption since the late 1970's.

Mr. Ramirez and his sons are the joint owners of the registration in the United States Trademark Registration No. 4,410,019 for LOS CAMINANTES in International Class 41 for "Entertainment in the nature of live performances by a musical group."  Mr. Ramirez's voice, songs and image are well known among fans of Latin American music.

It has come to our attention that an imposter band(s) either appeared or will appear at your venue using my client's trademark.

Please note that Mr. Ramirez has filed numerous lawsuits over these situations and has obtained judgments and permanent injunctions against promoters and former band members.  For instance, he has an injunction against Mario Sotelo, which he obtained in the case *Agustin*

January 10, 2021
Page 2

*Ramirez, Anthony Ramirez, Agustin Ramirez v. Mario Sotelo,* U.S. Dist; Court, Cent. Dist. Cal., Case No. 5:13-cv-002155-SJ (MRO). He also has injunctions against the Defendants in *Agustin Ramirez, Anthony Ramirez and AgustinRamirez, Jr. v. Vicente Martinez and Juan Manuel Navarro,* U.S. Dist. Court, Cent.Dist. of Cal., Case No. 5:2017-cv-0221-FMO (GJSx).

Most recently, Mr. Ramirez has filed suit against Martin Navarro and other unknown Defendants in the matter of *Agustin Ramirez v. Martin Navarro*, Cent. Dist. Cal. Case No. 5:20-cv-02408.

Therefore, we ask that you not advertise or hold any other live music events using the name "Los Caminantes" without express permission of this office. Please contact me with any questions. Further, we request that you maintain and forward copies of your business records regarding any band calling itself "Los Caminantes," including contracts, payment and sales information. Please forward to this office any documentation regarding Los Caminantes by not later than January 21, 2021.

I would also be glad to speak with you about this matter, if that would make you more comfortable. I have worked in this field for many years, and I have never seen such rampant fraud and counterfeiting of a band name. It has become very clear to me that there are as many as three bands fraudulently using the Los Caminantes name. This is not fair to my client, who spent his life building that group. We look forward to any assistance you can provide in this situation.

Yours truly,

A. Eric Bjorgum



119 E. Union Street, Suite B
Pasadena, CA  91103
+213.785.8070 Tel
+213.995.5010 Fax
www.kb-ip.com

Eric Bjorgum
+213.785.8072 direct
eric.bjorgum@kb-ip.com

VIA U.S. MAIL

January 10, 2021

El Galaxy Sports Bar and Grill
5055 Austell Road
Austell, GA, 30106

Re:    Misuse of Agustin Ramirez's Image, Voice and the LOS CAMINANTES Mark

Dear Madam/Sir:

This firm represents the famous Mexican band leader Agustin Ramirez.  Mr. Ramirez is the principal singer and songwriter of the grupera band Los Caminantes, originally from San Francisco del Rincón, Guanajuato and now operating out of Southern California.  Under Mr. Ramirez's leadership, Los Caminantes recorded and released several *Billboard* charting albums of original material in the 1980's and 1990's.  Mr. Ramirez sang on several hits, including "Supe Perder," "Amor Sin Palabras," "Todo Me Gusta De Ti," "Tu Nuevo Cariñito" and "Dos Cartas y Una Flor."   They have been touring consistently throughout North America and Central America for over 25 years. Mr. Ramirez has been the face of Los Caminantes without interruption since the late 1970's.

Mr. Ramirez and his sons are the joint owners of the registration in the United States Trademark Registration No. 4,410,019 for LOS CAMINANTES in International Class 41 for "Entertainment in the nature of live performances by a musical group."  Mr. Ramirez's voice, songs and image are well known among fans of Latin American music.

It has come to our attention that an imposter band(s) either appeared or will appear at your venue using my client's trademark.

Please note that Mr. Ramirez has filed numerous lawsuits over these situations and has obtained judgments and permanent injunctions against promoters and former band members.  For instance, he has an injunction against Mario Sotelo, which he obtained in the case *Agustin*

January 10, 2021
Page 2

*Ramirez, Anthony Ramirez, Agustin Ramirez v. Mario Sotelo,* U.S. Dist; Court, Cent. Dist. Cal., Case No. 5:13-cv-002155-SJ (MRO). He also has injunctions against the Defendants in *Agustin Ramirez, Anthony Ramirez and AgustinRamirez, Jr. v. Vicente Martinez and Juan Manuel Navarro,* U.S. Dist. Court, Cent.Dist. of Cal., Case No. 5:2017-cv-0221-FMO (GJSx).

Most recently, Mr. Ramirez has filed suit against Martin Navarro and other unknown Defendants in the matter of *Agustin Ramirez v. Martin Navarro*, Cent. Dist. Cal. Case No. 5:20-cv-02408.

Therefore, we ask that you not advertise or hold any other live music events using the name "Los Caminantes" without express permission of this office. Please contact me with any questions. Further, we request that you maintain and forward copies of your business records regarding any band calling itself "Los Caminantes," including contracts, payment and sales information. Please forward to this office any documentation regarding Los Caminantes by not later than January 21, 2021.

I would also be glad to speak with you about this matter, if that would make you more comfortable. I have worked in this field for many years, and I have never seen such rampant fraud and counterfeiting of a band name. It has become very clear to me that there are as many as three bands fraudulently using the Los Caminantes name. This is not fair to my client, who spent his life building that group. We look forward to any assistance you can provide in this situation.

Yours truly,

A. Eric Bjorgum



119 E. Union Street, Suite B
Pasadena, CA  91103
+213.785.8070 Tel
+213.995.5010 Fax
www.kb-ip.com

Eric Bjorgum
+213.785.8072 direct
eric.bjorgum@kb-ip.com

VIA U.S. MAIL

January 12, 2021

El Patron
1765 Alexandria Dr.
Lexington, KY  40504

Re:     Misuse of Agustin Ramirez's Image, Voice and the LOS CAMINANTES Mark

Dear Madam/Sir:

This firm represents the famous Mexican band leader Agustin Ramirez.  Mr. Ramirez is the principal singer and songwriter of the grupera band Los Caminantes, originally from San Francisco del Rincón, Guanajuato and now operating out of Southern California.  Under Mr. Ramirez's leadership, Los Caminantes recorded and released several *Billboard* charting albums of original material in the 1980's and 1990's.  Mr. Ramirez sang on several hits, including "Supe Perder," "Amor Sin Palabras," "Todo Me Gusta De Ti," "Tu Nuevo Cariñito" and "Dos Cartas y Una Flor."   They have been touring consistently throughout North America and Central America for over 25 years. Mr. Ramirez has been the face of Los Caminantes without interruption since the late 1970's.

Mr. Ramirez and his sons are the joint owners of the registration in the United States Trademark Registration No. 4,410,019 for LOS CAMINANTES in International Class 41 for "Entertainment in the nature of live performances by a musical group."  Mr. Ramirez's voice, songs and image are well known among fans of Latin American music.

It has come to our attention that an imposter band(s) either appeared or will appear at your venue using my client's trademark.

Please note that Mr. Ramirez has filed numerous lawsuits over these situations and has obtained judgments and permanent injunctions against promoters and former band members.  For

January 12, 2021
Page 2

instance, he has an injunction against Mario Sotelo, which he obtained in the case *Agustin Ramirez, Anthony Ramirez, Agustin Ramirez v. Mario Sotelo,* U.S. Dist; Court, Cent. Dist. Cal., Case No. 5:13-cv-002155-SJ (MRO). He also has injunctions against the Defendants in *Agustin Ramirez, Anthony Ramirez and AgustinRamirez, Jr. v. Vicente Martinez and Juan Manuel Navarro,* U.S. Dist. Court, Cent.Dist. of Cal., Case No. 5:2017-cv-0221-FMO (GJSx).

Most recently, Mr. Ramirez has filed suit against Martin Navarro and other unknown Defendants in the matter of *Agustin Ramirez v. Martin Navarro*, Cent. Dist. Cal. Case No. 5:20-cv-02408.

Therefore, we ask that you not advertise or hold any other live music events using the name "Los Caminantes" without express permission of this office. Please contact me with any questions. Further, we request that you maintain and forward copies of your business records regarding any band calling itself "Los Caminantes," including contracts, payment and sales information. Please forward to this office any documentation regarding Los Caminantes by not later than January 21, 2021.

I would also be glad to speak with you about this matter, if that would make you more comfortable. I have worked in this field for many years, and I have never seen such rampant fraud and counterfeiting of a band name. It has become very clear to me that there are as many as three bands fraudulently using the Los Caminantes name. This is not fair to my client, who spent his life building that group. We look forward to any assistance you can provide in this situation.

Yours truly,

A. Eric Bjorgum