# Exhibit D


















